IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JULIUS WAGNER, 34131-037 | : | |
| v. | : | CIVIL ACTION NO. WDQ-06-1306 |
| WARDEN | : | |

**MEMORANDUM**

On May 22, 2006, Julius Wagner, a Maryland prisoner proceeding pro se, filed the above referenced petition. Upon review of the petition, the Court concludes that it is properly construed as a Freedom of Information Act request for records. Specifically, Wagner requests a copy of the docket sheet in United States v. Wagner, Criminal Action MJG-00-69 (D. Md).

Federal courts are not "agencies" covered by the Freedom of Information Act. See 28 U.S.C. § 551; Smith v. United States District Court for the Southern District of Illinois, 956 F.2d 647, 649 n.1 (7th Cir. 1992); see also Cook v. Willingham, 400 F. 2d 885 (10th Cir. 1968); Harris v. United States, 121 F. R. D. 652, 654 (W.D. N.C. 1988). The Court will deny Wagner's petition without prejudice but exercise its discretion and direct the Clerk to mail a copy of the requested docket sheet to Wagner.

May 31, 2006                                    /s/
Date                                            William D. Quarles, Jr.
                                                United States District Judge